Nikola T. GUENOV, Petitioner,

v.

Michael B. MUKASEY, Attorney
General, Respondent.

No. 07–1300.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: March 17, 2008.

Gayton J. Thomas, Jr., Baltimore, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Michelle Gorden Latour, Assistant Director, Hannah B. Baublitz, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before TRAXLER and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nikola T. Guenov, a native and citizen of Bulgaria, petitions for review of an order of the Board of Immigration Appeals (Board) adopting and affirming the Immigration Judge's decision finding that Guenov abandoned his applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and affirm the denial of relief for the reasons stated by the Board. *See In Re: Guenov,* No. A79–326–378 (B.I.A. Mar. 16, 2007). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*